IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARCUS DIXON,

    Petitioner,

v.

CIVIL ACTION NO. 3:10-1143
(CRIMINAL ACTION NO. 3:08-00032)

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #s 80 and 86) be denied; that Movant's request for evidentiary hearing and the appointment of counsel contained in his initial Motion (Doc. #80) be denied; and that this civil action be dismissed, with prejudice, and removed from the docket of this Court. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #s 80 and 86); **DENIES** Movant's request for evidentiary hearing and the appointment of counsel contained in his initial Motion (Doc.

#80); and **DISMISSES** this action, with prejudice, from the docket of this Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:      January 12, 2012

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE